Argued and submitted May 15, decree modified June 17, 1987

In the Matter of the Marriage of

SNIDER,
*Appellant,*
*and*
SNIDER,
*Respondent.*

(D8505-63272; CA A40800)

737 P2d 1254

Albert A. Menashe, Portland, argued the cause for appellant. With him on the brief was Katherine Brown, Portland.

Ira L. Gottlieb, Portland, argued the cause for respondent. On the brief was Ellen R. Charley and Keller, Gottlieb & Gorin, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this dissolution of a 26-year marriage, wife appeals the support provisions of the decree contending that the support awarded is inadequate both in duration and amount. On *de novo* review, we agree.

We conclude that wife is entitled to permanent support and that she should receive $1,000 a month from June 1, 1986, to May 31, 1989, and $600 a month thereafter.

Decree modified to provide for permanent spousal support of $1,000 a month from June 1, 1986, to May 31, 1989, and $600 a month thereafter. Costs to wife.